■ In the Matter of MICHAEL A. MURPHY, SR., Respondent, v LISA M. MURPHY, Appellant. [691 NYS2d 856] —Order unanimously affirmed without costs for reasons stated in decision at Niagara County Family Court, Certo, J. (Appeal from Order of Niagara County Family Court, Certo, J.—Custody.) Present— Denman, P. J., Pine, Wisner, Hurlbutt and Callahan, JJ.